UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| EMMITT JOHNSON,<br>*Plaintiff* | §<br>§<br>§ | |
| vs. | §<br>§ | CIVIL ACTION 4:23-CV-02260 |
| MERIDIAN ENERGY GROUP INC.<br>*Defendant* | §<br>§<br>§ | |

**DEFENDANT MERIDIAN ENERGY GROUP INC.'S**
**<u>CERTIFICATE OF INTERESTED PARTIES</u>**

TO THE HONORABLE JUDGE OF SAID COURT:

Defendant MERIDIAN ENERGY GROUP INC. ("Defendant"), by and through its counsel, hereby files identifies the following persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent and subsidiary corporations, or other legal entities that are financially interested in the outcome of the case.

1) Emitt Johnson  (Pro Se Plaintiff);
2) MERIDIAN ENERGY GROUP INC. (Defendant);
3) Carl Dawson and Thomas Dawson, Ryan & Dawson, 770 South Post Oak Ln., Ste. 600, Houston, Texas  77056, (counsel for Defendant)

Date: <u>November 30, 2023</u>                                       Respectfully submitted,

_____
Carl 'Bo' Dawson
*Attorney in Charge for Defendant*
*Meridian Energy Group Inc.*
TBN 05599100
Southern District Number 16860
cdawson@rdlaw.com
Thomas R. Dawson
TBN 24125195

1

tdawson@rdlaw.com
Ryan & Dawson
770 South Post Oak Lane, Ste. 600
Houston, Texas 77056
Tel: (713) 960-1555
Fax: (713) 960-8497

## CERTIFICATE OF SERVICE

  This is to certify that a true and correct copy of this document was served upon all other parties via ECF on November 30, 2023.

_____
Carl Dawson

S:\Shared Folders\HOUSTON\Meridian Energy Group\Emmitt Johnson\Pleadings Motions\Meridian - 2023-11-30 - certificate of interested persons.docx

2